**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.: 4:26-cr-00030-RSB-CLR-2** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JOE HAYWARD, III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

This matter is before the Court on the Motion for Leave of Absence by defense counsel A. J. Balbo, for November 23-27, 2026. After careful consideration, said Motion is GRANTED; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED, this 17th day of November, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA